IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV - 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No.
ILLINOIS WELFARE FUND, )
                                 ) Judge
           Plaintiffs, )
                                 ) Magistrate Judge
v. )
                                 )
CROSS PLUMBING CORPORATION )
an Illinois corporation, )
           Defendant. )

JH

**07CV6184**
**JUDGE DER-YEGHIAYAN**
**MAG.JUDGE COLE**

## COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, complain against Defendant, CROSS PLUMBING CORPORATION, as follows:

### COUNT 1

1.    (a)    Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185 (a) as amended.

       (b)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. Section 1132, 1145 ("ERISA"), as amended.

2.    Venue is founded pursuant to 29 U.S.C. Section 1132 (e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3.    (a)    The Plaintiffs in this count are BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELARE FUND, ("the Funds") and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b) The Funds have been established pursuant to collective bargaining agreements previously entered into between the Plumbers & Pipefitters Local 422 and its affiliated local (the "Union") and certain employer associations whose employees are covered by the collective bargaining agreement with the Union.

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4. (a) Defendant, CROSS PLUMBING CORPORATION. ("CROSS PLUMBING") is an Illinois corporation and is an employer engaged in an industry affecting commerce.

5. Since on or about September 1, 1996, **CROSS PLUMBING** has entered into successive collective bargaining agreements with the Union pursuant to which it is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees. (Exhibit "A")

6. By virtue of certain provisions contained in the collective bargaining agreements, **CROSS PLUMBING** is bound by the Trust Agreement establishing the Funds.

7. Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, **CROSS PLUMBING** is required to make contributions to the Funds on behalf of their employees and, when given reasonable notice by Plaintiffs or their representatives, to submit all necessary books and records to Plaintiff's accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Funds.

8. Since September 1, 1996, **CROSS PLUMBING** has admitted, acknowledged and ratified the collective bargaining agreements entered into with the Union by filing periodic report forms with the Funds and by making some but not all of the periodic payments to the Funds as required by the collective bargaining agreements.

9. Plaintiffs are advised and believe that for **June 1, 2005 to the present, CROSS PLUMBING** has failed to make some of the contributions from time to time required to be paid by it to the Funds pursuant to the terms of the Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A. **CROSS PLUMBING**, be ordered to submit to an audit for **June 1, 2005 to the present**.

B. Judgment be entered against **CROSS PLUMBING** and in favor of Plaintiffs, in the amount shown to be due under the audit.

C. Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, together with liquidated damages in the amount of 20%, all as provided in the applicable agreements and ERISA Section 502(g)(2).

D. **CROSS PLUMBING** be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the Funds and be ordered to resume making those payments.

E.  This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,

**BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, et al.**

By: _____
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

4

## MEMORANDUM OF AGREEMENT

THIS AGREEMENT made and entered into by and between

CROSS PLUMBING CORPORATION, its successors and assigns, hereinafter referred to as the "EMPLOYER", AND PLUMBERS AND PIPEFITTERS LOCAL 422, UNITED ASSOCIATION, hereinafter referred to as the "UNION", Second Party.

THIS AGREEMENT is made in consideration of the instant promises of the First and Second Parties and the parties do hereby agree as follows:

1. The EMPLOYER recognizes the UNION as the sole and exclusive bargaining representative for and on behalf of the employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION.

2. The Parties agree that the EMPLOYER is part of a single bargaining unit made up of all employers party to the Master Agreement adopted herein.

3. The Parties do hereby adopt the Master Agreement dated June 1, 1992, entered into by and between the Union and the Plumbing, Heating and Refrigeration Contractors of Will and Grundy County and the parties do hereby mutually agree to be bound by the terms and conditions of that Master Agreement and the Local Union No. 422 U. A. of Joliet, Illinois Pension Plan, the Local Union No. 422 U. A. of Joliet, Illinois Welfare Fund and the Local 422 Apprenticeship Fund, and all amendments heretofore or hereafter made thereto, as though the same were fully incorporated herein.

4. This Agreement and the adoption of the Master Agreement and the Agreements and Declaration of Trust referred to in paragraph 3 above shall be effective as of September 1, 1996, and remain in effect to and including the expiration date of the Master Agreement adopted herein. This Agreement shall continue in effect from year to year thereafter and specifically adopt any Master Agreement entered into between the UNION and the Plumbing, Heating and Refrigeration Contractors of Will and Grundy Counties subsequent to the expiration date of the Master Agreement herein adopted unless notice of termination or amendment is given in the manner provided herein.

5. Either Party desiring to amend or terminate this Memorandum of Agreement must notify the other in writing at least three (3) calendar months prior to the expiration of the Master Agreement adopted herein or any Master Agreement subsequently adopted and in force.

IN WITNESS WHEREOF, the parties have executed this Memorandum of Agreement the ___1st___ day of ___September___, 19_96_.

CROSS PLUMBING CORPORATION
132 Maple Lane   New Lenox, IL 60451
   Employer
BY _____
   Thomas H. Buell

PLUMBERS AND PIPEFITTERS
LOCAL 422, UNITED ASSOCIATION

BY _____
   Business Manager

EXHIBIT A