AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

        Plaintiffs,

V.

CROSS PLUMBING CORPORATION,
an Illinois corporation
        Defendants.

**07CV6184
JUDGE DER-YEGHIAYAN
MAG. JUDGE COLE**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
CROSS PLUMBING CORPORATION
C/O ITS REGISTERED AGENT, MIKE LASHMET
RTE 30 AT WILLIAM STREET, P.O. BOX 399
NEW LENOX, IL 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

By) DEPUTY CLERK

NOV 0 1 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 11/6/07 @ 9:30am |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Cross Plumbing Corp c/o Reg. Agent Mike Lashnet at office: Rte 30 + William St. New Lenox IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. (w/M, 40 brown hair)

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/07
             Date              Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.