IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CROSS PLUMBING CORPORATION, ) <br> an Illinois corporation, ) <br> Defendant. ) | No. 07 C 6184 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Cole |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

 A. The Complaint was filed herein on August 28, 2007.

 B. Process was served upon Defendant, CROSS PLUMBING CORPORATION on September 12, 2007.

 C. Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

 1. Defendant, CROSS PLUMBING CORPORATION is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

 2. Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from June 1, 2005 through the present.

 3. Defendant is ordered to produce the following records beginning as of June 1, 2005 for examination by Plaintiffs' auditor:

    A.      All cash disbursement journals;

    B.      All individual payroll records;

    C.      All time records which are the basis of the above-mentioned individual payroll records;

    D.      All State unemployment tax returns as requested by the Trustees;

    E.      All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE DER-YEGHIAYAN**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415