**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br> ) <br>             Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> CROSS PLUMBING CORPORATION ) <br> an Illinois corporation, ) <br>             Defendant. ) | No. 07 C 6184 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Cole |

**NOTICE OF MOTION**

**TO:**   CROSS PLUMBING CORPORATION
         C/O ITS REGISTERED AGENT, MIKE LASHMET
         600 EAST U.S. ROUTE 30, P.O. BOX 399
         NEW LENOX, IL 60451

    **PLEASE TAKE NOTICE** that on **December 11, 2007**, at **9:00 a.m.** or as soon hereafter

as Counsel may be heard, I shall appear before the **Honorable Judge Der-Yeghiayan, Room 1903**

in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street,

Chicago, Illinois, and then and there move and present the attached Motion for Order of Default

and Audit.

                                       BOARD OF TRUSTEES OF THE LOCAL UNION
                                       NO. 422 U.A. OF JOLIET, ILLINOIS PENSION
                                       FUND

                                         s/ Donald D. Schwartz
                                       One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: December 4, 2007

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default

and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-

mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on

the 4th day of December 2007, at or before the hour of 5:00 p.m.

CROSS PLUMBING CORPORATION
C/O ITS REGISTERED AGENT, MIKE LASHMET
600 EAST U.S. ROUTE 30, P.O. BOX 399
NEW LENOX, IL 60451

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: December 4, 2007