# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6184 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund vs. Cross Plumbing Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order of default and audit [8] is granted. Default is hereby entered in favor of the Plaintiffs Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund and Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Welfare Fund and against defendant Cross Plumbing Corporation. Prove-up hearing set for 02/27/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken.

■ [ For further detail see separate order(s).]                                     Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|