UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et al.

v.

CROSS PLUMBING, INC

Case # 07 C 6184

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within ORDER

   on the within named CROSS PLUMBING, INC
   C/O ITS REGISTERED AGENT - MIKE LASHMETT

   by personally serving a copy to BOOKKEEPER - KERI BELGRAVE ON 12/28/07
   SHE WAS AUTHORIZED TO ACCEPT SERVICE

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex F  race W  approximate age 25  other BLONDE HAIR GLASSES

That the place where and the date and time when the above document was served upon the person were as follows:

place JAMES E. HEARNS + ASSOCIATES ACCOUNTANTS - RTE 30 AT WILLIAMS ST, PO BOX 3 NEW LENOX ILLINOIS

date 12/28/07    time 1:45 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server