**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br>    Plaintiffs, <br><br>  v. <br><br>CROSS PLUMBING CORPORATION an Illinois corporation, <br>    Defendant. | ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) |

### NOTICE OF MOTION

**TO:** Mr. Thomas Buell     Cross Plumbing Corporation
    Cross Plumbing Corporation  c/o its Registered Agent, Mike Lashmet
    1919 Clearing Court, Unit 2   Route 30 at William Street, P. O. Box 399
    New Lenox, Illinois 60451    New Lenox, Illinois 60451

**PLEASE TAKE NOTICE** that on **January 17, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Der-Yeghiayan, Room 1903** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

               BOARD OF TRUSTEES OF THE LOCAL
               UNION NO. 422 U.A. OF JOLIET,
               ILLINOIS PENSION FUND

               s/ Donald D. Schwartz
               One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: January 9, 2008

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Rule to Show Cause with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 9th day of January 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| Mr. Thomas Buell | Cross Plumbing Corporation |
| Cross Plumbing Corporation | c/o its Registered Agent, Mike Lashmet |
| 1919 Clearing Court, Unit 2 | Route 30 at William Street, P. O. Box 399 |
| New Lenox, Illinois 60451 | New Lenox, Illinois 60451 |

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: January 9, 2008