# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Board of Trustees of the Local Union No. 422 of
Joliet, Illinois Pension Fund, et al.

                                           Plaintiff,

v.                                                                                        Case No.: 1:07−cv−06184

                                                      Honorable Samuel Der−Yeghiayan

Cross Plumbing Corporation

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Counsel for Plaintiffs advised the Court that defendant was served with a copy of the motion and order on 12/28/07. Therefore, Plaintiffs' oral motion to withdraw their motion for rule to show cause [13] is granted. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.