## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CROSS PLUMBING CORPORATION an Illinois corporation, <br> Defendant. | ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) |

**MOTION FOR RULE TO SHOW CAUSE**
**FOR FAILURE TO ABIDE BY COURT ORDER**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against CROSS PLUMBING CORPORATION, an Illinois corporation. In support of this Motion, the Plaintiffs state as follows:

1. On December 11, 2007, this Court entered an order of default against the Defendant and an order compelling the production of various records.

2. Defendant has not produced required records per the court Order.

3. Defendant, CROSS PLUMBING CORPORATION has refused to tender records for the audit.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A. A Rule to Show Cause is entered against Thomas Buell of CROSS PLUMBING CORPORATION, who is commanded to appear before this Court to show

cause, if any he has, for failing to obey this court's order dated December 11, 2007, which required CROSS PLUMBING CORPORATION to produce various records.

                Respectfully submitted,

                BOARD OF TRUSTEES OF THE LOCAL
                UNION NO. 422 U.A. OF JOLIET,
                ILLINOIS PENSION FUND

                <u>s/ Donald D. Schwartz</u>
                One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415