IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 07 C 6184
ILLINOIS WELFARE FUND, )
                                              ) Judge Der-Yeghiayan
             Plaintiffs, )
                                              ) Magistrate Judge Cole
     v. )
                                              )
CROSS PLUMBING CORPORATION )
an Illinois corporation, )
             Defendant. )

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for Thomas Buell for his failure to produce records per Court order dated December 11, 2007.

2. Thomas Buell is ordered to appear in court on _____ at 9:00 a.m. Room 1903 and show cause, if any they have for failure to abide by the court's order of December 11, 2007.

Dated:_____

Enter: _____
             **HONORABLE JUDGE DER-YEGHIAYAN**