# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6184 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund, et al. vs. Cross Plumbing Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for rule to show cause [16] is granted. Thomas Buell is hereby order to appear to show cause at the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604 in Courtroom 1903 on 03/19/08 at 9:30 a.m. Counsel for plaintiff is directed to serve Thomas Buell with a copy of this order.

■ [ For further detail see separate order(s).]　　Docketing to mail notices.

00:05

Courtroom Deputy Initials: maw