IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS PLUMBING CORPORATION an Illinois corporation,<br>Defendant. | ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on March 19, 2008 for Thomas Buell for his failure to produce records per Court order dated December 11, 2007.

2. Thomas Buell is ordered to appear in court on March 19 at 9:30 a.m. Room 1903 and show cause, if any they have for failure to abide by the court's order of December 11, 2007.

Dated: 2/27/08

Enter: _____
HONORABLE JUDGE DER-YEGHIAYAN