UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION
422 U.A.

v.

CROSS PLUMBING INC

Case # 07C6184

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Scott Polus, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within   RULE TO SHOW CAUSE ORDER

   on the within named   CROSS PLUMBING CORP
   % Thomas Buell, President

   by personally serving a copy to the individual on   3/14/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M   race W   approximate age 43   other short dark hair

That the place where and the date and time when the above document was served upon the person were as follows:

place Residence: 132 Maple Lane New Lenox IL 60451

date 3/14/08   time 5:00 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_Scott Polus_
Special Process Server