UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Board of Trustees of the Local Union No. 422 of
Joliet, Illinois Pension Fund, et al.

                         Plaintiff,

v.                                        Case No.:
                                          1:07−cv−06184

                                          Honorable Samuel
                                          Der−Yeghiayan

Cross Plumbing Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Rule to show cause hearing as to Thomas Buell called. Counsel for Plaintiffs advised the Court that Defendant has contacted them and is set to meet with them on Friday 03/21/08. Rule to show cause hearing is hereby withdrawn by Plaintiffs. Status hearing set for prove−up of damages on 05/07/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.