UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION
422 U.A.

v.

CROSS PLUMBING INC

Case # 07C6184

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Scott Pouros, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within  RULE TO SHOW CAUSE ORDER

   on the within named  CROSS PLUMBING CORP, c/o Thomas Buell, President

   by personally serving a copy to the individual on  3/14/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M   race W   approximate age 43   other short dark hair

   That the place where and the date and time when the above document was served upon the person were as follows:

   place Residence: 132 Maple Lane New Lenox IL 60451
   date 3/14/08            time 5:00 PM

   Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

   _Scott Pouros_
   Special Process Server

MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 07 C 6184
ILLINOIS WELFARE FUND, )
) Judge Der-Yeghiayan
      Plaintiffs, )
) Magistrate Judge Cole
v. )
)
CROSS PLUMBING CORPORATION )
an Illinois corporation, )
      Defendant. )

## ORDER

THIS MATTER coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

IT IS HEREBY ORDERED THAT:

1. A Rule to Show Cause is hereby entered and made returnable on *march 19*, 2008 for Thomas Buell for his failure to produce records per Court order dated December 11, 2007.

2. Thomas Buell is ordered to appear in court on *March 19* at 9:30 SD a.m. Room 1903 and show cause, if any they have for failure to abide by the court's order of December 11, 2007.

Dated: 2/27/08

Enter: _Samuel Der-Yeghiayan_
HONORABLE JUDGE DER-YEGHIAYAN