# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6184 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund, et al. Vs. Cross Plumbing Corporation | | |

**DOCKET ENTRY TEXT**

Prove-up hearing called. Plaintiffs' oral motion for rule to show cause is granted. Rule to show cause hearing set for 06/04/08 at 9:00 a.m. Defendant through Thomas Buell is hereby ordered to appear to show cause at the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, in Courtroom 1903 on 06/04/08 at 9:30 a.m. Counsel for Plaintiffs is directed to submit a proposed rule to show cause signature order. Counsel for plaintiff is directed to serve Thomas Buell with the Court's orders for rule to show cause.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|