IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>        Plaintiffs,<br><br>  v.<br><br>CROSS PLUMBING CORPORATION an Illinois corporation,<br>        Defendant. | ) ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, CROSS PLUMBING, INC.

In support thereof, Plaintiffs state:

1. This case was filed on November 1, 2007.

2. Defendant was served with Summons and Complaint on November 6, 2007. (Exhibit A.)

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per affidavit of Howard Levinson, Defendant owes for contribution reports for the period June 1, 2006 through March 31, 2008 $20,336.09 benefits and $2,033.61 in liquidated damages and $941.10 in audit costs for a total due of $23,310.80. (Exhibit B)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and

expenses $1,300.00 has been incurred in this suit. (Exhibit C)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Judgment be rendered in the amount of $24,610.80.

> Respectfully submitted,
>
> BOARD OF TRUSTEES OF THE LOCAL
> UNION NO. 422, U.A. OF JOLIET, ILLINOIS
> PENSION FUND, et. al.
>
>
> s/ Donald D. Schwartz
> Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415