IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET,           )
ILLINOIS PENSION FUND AND          )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET,           ) No. 07 C 6184
ILLINOIS WELFARE FUND,                   )
                                                   ) Judge Der-Yeghiayan
                Plaintiffs,         )
                                                   ) Magistrate Judge Cole
   v.                                                              )
                                                   )
CROSS PLUMBING CORPORATION     )
an Illinois corporation,                            )
                Defendant.        )

## AFFIDAVIT

I, Howard B. Levinson, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the accounting firm of Levinson Simon & Sprung, P.C.

2. Our firm completed a compliance audit for the Board of Trustees of the Local Union No. 422, et. al. on CROSS PLUMBING CORPORATION, an Illinois corporation for the period June 1, 2006 through March 31, 2008.

3. The audit report found arrears owing to the Board of Trustees of the Local Union No. 422, et. al. for $20,336.09 benefits and $2,033.61 liquidated damages.

4. Our firm charged the Board of Trustees of the Local Union No. 422, et. al. $941.10 services to perform the audit.

5. The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 10 percent, but excluding attorney's fees and court costs is $23,310.80.

**EXHIBIT B**

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

**FURTHER AFFIANT SAYETH NOT.**

_____
Howard B. Levinson

SUBSCRIBED AND SWORN to before me this ___15___ day of May 2008.

_____
Notary Public

OFFICIAL SEAL
KELLY A EDGAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/09/10