IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS PLUMBING CORPORATION an Illinois corporation,<br><br>Defendant. | No. 07 C 6184<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

**TO:** Cross Plumbing Corporation
c/o its Registered Agent, Mike Lashmet
Route 30 at William Street, P. O. Box 399
New Lenox, Illinois 60451

**PLEASE TAKE NOTICE** that on **May 27, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Der-Yeghiayan, Room 1903** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                BOARD OF TRUSTEES OF THE LOCAL
                UNION NO. 422, U.A. OF JOLIET, ILLINOIS
                PENSION FUND, et. al.

                By: s/ Donald D. Schwartz
                  Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008 I electronically filed the foregoing Motion for Order of Default and Judgment in Sum Certain and Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Cross Plumbing Corporation
c/o its Registered Agent, Mike Lashmet
Route 30 at William Street, P. O. Box 399
New Lenox, Illinois 60451

**s/Donald D. Schwartz**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 16, 2008