Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6184 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Board of Trustees of the Local Union No. 422 U.A. of Joliet, et al. Vs. Cross Plumbing Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. No one appeared on behalf of the Defendant on Plaintiffs' noticed motion. As stated on the record, Plaintiffs' motion for entry of default judgment [24] is granted. Default judgment is hereby entered, in sum certain, in favor of the Plaintiffs Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund and Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Welfare Fund, and against Defendant Cross Plumbing Corporation in the total amount of $24,610.80. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|