IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CROSS PLUMBING CORPORATION an Illinois corporation,<br><br>Defendant. | ) ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) ) |

## JUDGMENT ORDER

THIS CAUSE coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $24,610.80 for the period June 1, 2006 through March 31, 2008 is entered in favor of Plaintiffs, and against the Defendant, CROSS PLUMBING CORPORATION.

2. This is a final and appealable order.

DATED: May 27, 2008

ENTER: _____
HONORABLE JUDGE DER-YEGHIAYAN

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415