# United States District Court
## Northern District of Illinois
### Eastern Division

Board of Trustees, et al.                                JUDGMENT IN A CIVIL CASE

       v.                                                        Case Number: 07 C 6184

Cross Plumbing Corporation

- ☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that as stated on the record on 05/27/08, Plaintiffs' motion for entry of default judgment [24] is granted. Default judgment is hereby entered, in sum certain, in favor of the Plaintiffs Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund and Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Welfare Fund, and against Defendant Cross Plumbing Corporation in the total amount of $24,610.80.

Michael W. Dobbins, Clerk of Court

Date: 5/27/2008

/s/ Michael A. Wing, Deputy Clerk