## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br>Cross Plumbing Corporation<br><br>Defendant. | Case No.:<br>1:07−cv−06184<br>Honorable Samuel Der−Yeghiayan |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Citation hearing called. Citation respondent failed to appear. As stated on the record, Plaintiffs are to file the appropriate motion for rule to show cause and notice it for hearing before the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.