**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) | |
| ILLINOIS PENSION FUND AND | ) | |
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) | No. 07 C 6184 |
| ILLINOIS WELFARE FUND, | ) | |
| | ) | Judge Der-Yeghiayan |
| Plaintiffs, | ) | |
| | ) | Magistrate Judge Cole |
| vi. | ) | |
| | ) | |
| CROSS PLUMBING CORPORATION | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR RULE TO SHOW CAUSE
FOR FAILURE TO APPEAR FOR CITATION**

Plaintiffs, BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et al., by and through their attorneys, DONALD D. SCHWARTZ, SHANE LUEDKE and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against Thomas Buell for Cross Plumbing Corp.., an Illinois corporation.  In support of this Motion, the Plaintiffs state as follows:

1.      On July 17, 2008, Thomas Buell was personally served with a Citation to Discover Assets requiring their appearance for the Citation on July 22, 2008.

2.      Thomas Buell failed to appear for the Citation.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A.      A Rule to Show Cause is entered against Thomas Buell who is commanded to appear before this Court to show cause, if any he has, for failing to appear for their Citation on July 22, 2008.

Respectfully submitted,

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, et al.


By: s/ Shane Luedke
    One of their Attorneys

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415