IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CROSS PLUMBING CORPORATION an Illinois corporation, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 07 C 6184 <br> ) <br> ) Judge Der-Yeghiayan <br> ) <br> ) Magistrate Judge Cole <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1.   A Rule to Show Cause is hereby entered and made returnable on Thomas Buell for Cross Plumbing Corp.., an Illinois corporation. for his failure to appear for the Citation to Discover Assets on July 22, 2008.

2.   Thomas Buell for Cross Plumbing Corp.., an Illinois corporation is ordered to appear in court on _____, 2008 at 9:00 a.m. in Room 1903 and show cause, if any, for his failure to appear for the Citation to Discover Assets on July 22, 2008.

Dated: _____

Enter: _____
**HONORABLE JUDGE Der-Yeghiayan**

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415