## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) | |
| ILLINOIS PENSION FUND AND | ) | |
| BOARD OF TRUSTEES OF THE LOCAL | ) | |
| UNION NO. 422 U.A. OF JOLIET, | ) | No. 07 C 6184 |
| ILLINOIS WELFARE FUND, | ) | |
| | ) | Judge Der-Yeghiayan |
| Plaintiffs, | ) | |
| | ) | Magistrate Judge Cole |
| v. | ) | |
| | ) | |
| CROSS PLUMBING CORPORATION | ) | |
| an Illinois corporation, | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO**:    Mr. Thomas Buell
Cross Plumbing Corporation
1919 Clearing Court, Unit 2
New Lenox, Illinois 60451

**PLEASE TAKE NOTICE** that on **July 29, 2008**, at **9:00 a.m.** or as soon hereafter

as Counsel may be heard, I shall appear before the **Honorable Samuel**

**Der- Yeghiayan, Room 1903** in the Courtroom usually occupied by his in the Federal

District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and

present the attached Motion for Rule to Show Cause.

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, et al.

s/ Shane Luedke
One of their Attorneys

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)

312-341-0438 (fax)

Dated: ~~February 25~~, 2008

*July 23,*

## PROOF OF SERVICE

I hereby certify that on the 23rd day of July 2008, a copy of foregoing Amended

Notice of Motion and Motion for Rule to Show Cause was filed electronically.  Notice of

this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.  A copy was sent by U.S. mail

to the above-mentioned at the above-mentioned address and depositing the same, in the

U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 23rd day of July 2008, at or

before the hour of 5:00 p.m.

> Mr. Thomas Buell
> Cross Plumbing Corporation
> 1919 Clearing Court, Unit 2
> New Lenox, Illinois 60451

> s/Shane Luedke
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> 312-236-0415 (phone)
> 312-341-0438 (fax)
> Dated: ~~February 25,~~ 2008
> July 23,