# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6184 | DATE | 7/29/2008 |
| CASE TITLE | Board of Trustees of the Local Union No. 422 of Joliet, Illinois Pension Fund, et al. vs. Cross Plumbing Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for rule to show cause for failure to appear for citation [32] is granted. Rule to show cause as to Thomas Buell for Cross Plumbing Corp. is set for 08/20/08 at 9:00 a.m. Thomas Buell is hereby ordered to appear in Courtroom 1903 on 08/20/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: maw