MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CROSS PLUMBING CORPORATION an Illinois corporation, <br> Defendant. | ) ) ) ) ) ) No. 07 C 6184 ) ) Judge Der-Yeghiayan ) ) Magistrate Judge Cole ) ) ) ) ) ) ) |

## ORDER

THIS MATTER coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on Thomas Buell for Cross Plumbing Corp.., an Illinois corporation. for his failure to appear for the Citation to Discover Assets on July 22, 2008.

2. Thomas Buell for Cross Plumbing Corp.., an Illinois corporation is ordered to appear in court on August 20, 2008 at 9:00 a.m. in Room 1903 and show cause, if any, for his failure to appear for the Citation to Discover Assets on July 22, 2008.

Dated: July 29, 2008

Enter: _Samuel Der-Yeghiayan_
HONORABLE JUDGE Der-Yeghiayan

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415