UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION
NO 422 UA.
v.

CROSS PLUMBING CORP.

Case # 07 C 6184

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within    ORDER

   on the within named    Thomas Buell
                          of Cross Plumbing Corp

   by personally serving a copy to the individual on    8/13/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex __M__ race __W__ approximate age __50-55__ other __brown hair, bald on top 5'9" medium build__

   That the place where and the date and time when the above document was served upon the person were as follows:

   place __Residence: 132 Maple Lane, New Lenox IL 60451__
   date __8/13/08__    time __5:05 pm__

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server