UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Board of Trustees of the Local Union No. 422 of
Joliet, Illinois Pension Fund, et al.

            Plaintiff,

v.                                                               Case No.:
                                                               1:07−cv−06184

                                                               Honorable Samuel
                                                               Der−Yeghiayan

Cross Plumbing Corporation

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Rule to show cause hearing held. Citation respondent appeared in Court. The parties advised the Court that they will agree on a mutual date and time for citation respondent to appear in Plaintiffs' counsel office to respond to the citation. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.