UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL NO 422 U.A.

v.                                    Case # 07 C 6184

CROSS PLUMBING CORP.

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Tim Hanisch, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within  Citation To Discover Assets

   on the within named  Mr Thomas Buell
   Cross Plumbing Corp

   by personally serving a copy to the individual on  7/17/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M  race W  approximate age 50  other _____

   That the place where and the date and time when the above document was served upon the person were as follows:

   place Residence: 132 Maple Ln New Lenox IL
   date 7/17/08  time 4:10 pm

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server